# EXHIBIT A

# CITY OF FORT LAUDERDALE

June 25, 2021

Larry Scirotto

███████████████

**RE:   Offer of Employment as Chief of Police**

Dear Mr. Scirotto,

It is my pleasure to extend to you a conditional offer of employment with the City of Fort Lauderdale in the capacity of Chief of Police for the Fort Lauderdale Police Department.

Some of the terms and conditions of this offer are as follows:

- Annual Salary $200,000.  This is a Management Category I - Exempt, Non-classified, At-Will Employee. You may be entitled to an annual merit increase based on City policy.
- Retirement: Florida Retirement System (FRS) with options to employees of Pension or Investment plans, with City contributions and requiring a 3% Employee contribution.

    Note: As a Florida Retirement System (FRS) participating employer, the City of Fort Lauderdale is required to verify any previous participation you may have in an FRS program from prior employment. Please view, complete, and sign the attached FRS Certification Form and return along with your accepted offer letter. If you previously participated in, or retired from an FRS plan, you should contact FRS at www.myfrs.com or 888.446.9377 for any questions and guidance.

- Benefits - Eligible for participation in the City's Benefit Plans on the first of the month following thirty (30) days after your hire date:  Benefits include medical, dental, vision, life insurance and flexible spending accounts (health care and dependent care), voluntary contribution to a 457 Deferred Compensation Plan, and all voluntary benefits offered.
- Sick and Vacation leave – Sick and Vacation leave – 12 vacation days, 12 sick days, and 3 personal holidays are accrued per year which will be prorated upon your hire date.  These vacation days cannot be used until you have completed 6 months of employment.
- Management Vacation Leave ten (10) additional days per calendar year prorated upon your hire date.
- Vehicle Allowance of $390.00/month.

OFFICE OF THE CITY MANAGER
100 NORTH ANDREWS AVENUE, FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 828-5013 FAX (954) 828-5599
WWW.FORTLAUDERDALE.GOV

Equal Opportunity Employer            Printed On Recycled Paper

- Paid Holidays – 9
- Wellness Incentive Program – If you are enrolled in one of the City's Cigna Medical Plans; after successful completion of the City's Wellness program, you will be eligible to receive a taxable $500 incentive award, annually.

Please visit: http://www.fortlauderdale.gov/departments/human-resources/employee-benefits to learn more about the City's Benefits. Please contact the HR Department should you have questions regarding the insurance benefits

This offer is contingent upon successful completion of a post offer criminal background check and any other related background verifications and reference checks.

Your tentative start date will be Monday, August 16, 2021 contingent upon all the necessary background verifications mentioned above being successfully completed.

If you are in agreement with the above, please indicate so by signing on the "Acceptance" line below and email a copy along with the completed FRS Certification Form to Anthony Roberts at: aroberts@fortlauderdale.gov as soon as possible.

Sincerely,

Chris Lagerbloom, ICMA-CM
City Manager


Acceptance: With my signature below, I accept this conditional employment offer with the City of Fort Lauderdale on the terms and conditions set out in this letter.

_____    _____
Larry Scirotto                                      Date


Copy:   Anthony Roberts – Assistant Director – HR Talent Management
        Human Resources Department