# EXHIBIT C

Subject: Message from Chris Lagerbloom - Promotional Processes and Qualifications - Moving the Department Forward

**Chris Lagerbloom** <CLagerbloom@fortlauderdale.gov>   Sun, Mar 13, 2022, 3:00 PM
to Police Staff, Tarlesha Smith, Greg Chavarria, Alain Boileau



You are viewing an attached message. Di Pietro Partners Mail can't verify the authenticity of attached messages.

Fort Lauderdale Police Department,

I hope this email finds you safe and well.  There have been a tremendous number of rumors and questions in our police department, and I hope this message provides some certainty so we can move forward as an organization.  While it is not appropriate at this time for me to elaborate on the removal of the police chief, I feel it important to address the qualifications of those recently promoted and the rumor that promotions would be rescinded.

First, I have the utmost confidence in our police department leadership and will say with certainty that everyone promoted is absolutely qualified for the role in which they now serve.  Second, I want to clear up what I initially said to the media related to reviewing our promotion process.  We will review our promotion process to make sure it is sound moving forward, but that statement was not intended to suggest promotions would be rescinded.  They will not.  The promotions that have been made stand.

If you have any questions, please reach out to me.  We have found ourselves in difficult times before, and as one unified department, we have emerged strong.  Let's now focus on leading our department forward to that same place of strength.  I appreciate your support of Acting Chief Alvarez while we make progress identifying and naming the department's next chief of police.

Thank you for your service – and, as you watch out for our community, please watch out for each other.

Chris

**Chris Lagerbloom  |  City Manager**
City of Fort Lauderdale, Florida

