UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 23-cv-60424-WPD

LARRY SCIROTTO,

    Plaintiff,

v.

CITY OF FORT LAUDERDALE d/b/a
FORT LAUDERDALE
POLICE DEPARTMENT,

    Defendant.

_____/

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiff, LARRY SCIROTTO, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, and with the consent of Defendant's counsel, hereby moves the Court to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law. As grounds for this motion, Plaintiff states the following:

1. On March 3, 2023, Plaintiff filed a complaint against Defendant [ECF 1].

2. On April 27, 2023, Defendant filed its Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law with the response due on May 11, 2023 [ECF 9].

3. The undersigned counsel will be out of the country on a pre-planned, pre-paid trip from Friday, May 5 – Monday, May 15, 2023.

4. Under the circumstances, Plaintiff requests an eleven (11) day extension of the current deadline to respond to the Motion to Dismiss Complaint, resulting in a new deadline of Monday, May 22, 2023.

5. Counsel for Defendant has confirmed that it does not oppose the relief requested in the Motion.

6. This Motion is not being filed for the purpose of delay, and Defendant will not be prejudiced by the requested extension.

**WHEREFORE,** Plaintiff, LARRY SCIROTTO, respectfully request the Court enter an Order Granting the Agreed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law.

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel certifies that counsel for Defendant conferred with counsel for Plaintiff via email on May 1, 2023, and counsel for Defendant does not object to the relief sought herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via Email through the Florida Courts E-Filing Portal to the Service List below on May 1, 2023.

**DI PIETRO PARTNERS, LLP**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
*Primary Email Address:*
service@ddpalaw.com
*Secondary Email Address:*
paralegal@ddpalaw.com

                                      Telephone: (954) 712-3070
                                      Facsimile: (954) 337-3824

                                      /s/ *Nicole Martell*
                                      **DAVID DI PIETRO, ESQ.**
                                      Florida Bar No.: 10370
                                      david@ddpalaw.com
                                      **NICOLE MARTELL, ESQ.**
                                      Florida Bar No.: 100172
                                      *nicole@ddpalaw.com*

**SERVICE LIST**

Carmen M. Rodriguez, Esq.
Law Offices of Carmen Rodriguez, P.A.
15715 S. Dixie Hwy., Suite 411
Miami, FL 33157
Telephone: (305) 254-6101
Facsimile: (305) 254-6048
Email: crpa@crlaborlawfirm.com
*Counsel for Defendant*