UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60424-CIV-DIMITROULEAS

LARRY SCIROTTO,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE,
Doing business as
Fort Lauderdale Police Department,

    Defendant.
_____/

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint, filed May 1, 2023. [DE 10]. The Court has considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 10] is **GRANTED**.

2. Plaintiff will file its response to Defendant's Motion to Dismiss Plaintiff's Complaint [DE 9] no later than May 22, 2023.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of May, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record