UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60424-CIV-DIMITROULEAS

LARRY SCIROTTO,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE d/b/a
FORT LAUDERDALE
POLICE DEPARTMENT,

    Defendant.
_____/

## AGREED ORDER ON DEFENDANT'S MOTION TO DISMISS

**THIS CAUSE** having come on for consideration upon Defendant's Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law [DE 9], and Plaintiff's Response and Incorporated Memorandum of Law in Opposition to Plaintiff's Motion to Dismiss [DE 16], and the Court having been advised that the parties are in agreement to the entry of an Agreed Order, and being otherwise fully advised in the premises, it is, therefore:

**ORDERED AND ADJUDGED:**

1. That Plaintiff's request for leave to amend the Complaint in its Response in Opposition to Defendant's Motion to Dismiss is **GRANTED**.

2. Defendant's Motion to Dismiss [DE 9] is **DENIED AS MOOT**.

3. Plaintiff shall have until **June 14, 2023** to file an Amended Complaint.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 30th day of May, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record