UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60424-CIV-DIMITROULEAS

LARRY SCIROTTO,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE d/b/a
FORT LAUDERDALE
POLICE DEPARTMENT,

    Defendant.

_____/

## ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

THIS CAUSE is before the Court upon Defendant City of Fort Lauderdale's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") [DE 20]. The Court has carefully considered the Motion, Plaintiff Larry Scirotto's Response [DE 22], Defendant's Reply [DE 23], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a hearing on the Motion [DE 20] is set for **10:45 A.M.** on **Friday, September 22, 2023,** in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of September, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record