UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60424-CIV-DIMITROULEAS

LARRY SCIROTTO,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE d/b/a
FORT LAUDERDALE
POLICE DEPARTMENT,

    Defendant.

_____/

## NOTICE TO THE PARTIES

The Court gives notice to the parties that Fort Lauderdale Mayor Dean Trantalis is on the Fort Lauderdale Federal Courthouse Committee ("the Committee") with the Court.  This judge has chaired the Committee since 2009. The City of Fort Lauderdale has been very supportive of the Committee's efforts to build a new federal courthouse in Fort Lauderdale.  As part of the current negotiations with the General Services Administration, the City of Fort Lauderdale is proposing to lease land on which they will build a parking garage.  It appears that the parking garage is very important to the public's ability to frequent the new courthouse. The Court provides this Notice in an abundance of caution in case any party feels uncomfortable with the Court's continuing to preside over this case, where the City of Ft. Lauderdale is a party..

    **DONE AND ORDERED** in Chambers, Ft. Lauderdale, Broward County, Florida, this 20th day of September, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record