UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60424-CIV-DIMITROULEAS

LARRY SCIROTTO,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE d/b/a
FORT LAUDERDALE
POLICE DEPARTMENT,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Larry Scirotto and Defendant, City of Fort Lauderdale d/b/a Fort Lauderdale Police Department, stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 23, 2023

                                        Respectfully Submitted,

| | |
|---|---|
| **LAW OFFICES OF CARMEN RODRIGUEZ, P.A.**<br>15715 S. Dixie Highway, Suite 411<br>Palmetto Bay, FL 33157-1884<br>Telephone: (305) 254-6101<br><br>By: /s/ *Carmen Rodriquez*<br>**Carmen Rodriguez, Esq.**<br>Florida Bar No. 710385<br>crpa@crlaborlawfirm.com<br>*Counsel for Defendant* | **DI PIETRO PARTNERS LLP**<br>901 Las Olas Blvd., Suite 202<br>Fort Lauderdale, FL 33301<br>*Primary Service Email:*<br>*service@ddpalaw.com*<br>Telephone: (954) 712-3070<br>Facsimile: (954) 337-3824<br><br>*/s/ Nicole Martell*<br>**DAVID DI PIETRO, ESQ.**<br>Florida Bar No.: 10370<br>*david@ddpalaw.com*<br>**NICOLE MARTELL, ESQ.**<br>Florida Bar No.: 100172<br>*nicole@ddpalaw.com*<br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Carmen Rodriguez, Esq.
Florida Bar No. 710385
**LAW OFFICES OF CARMEN RODRIGUEZ, P.A.**
15715 S. Dixie Highway, Suite 411
Palmetto Bay, FL 33157-1884
crpa@crlaborlawfirm.com
Tel: (305) 254-6101
*Attorney for Defendant*